# UNITED STATES of America, Plaintiff—Appellee,

v.

## Robert E. LOWREY, Defendant—Appellant.

No. 01–50307.
D.C. No. CR–00–01084–NM.

United States Court of Appeals, Ninth Circuit.

Submitted March 10, 2003.*

Decided March 17, 2003.

Before CANBY, O'SCANNLAIN and T.G. NELSON, Circuit Judges.

### MEMORANDUM**

Robert Lowrey appeals the judgment of conviction and 130–month sentence following his guilty plea to possession and transfer of unregistered firearms in violation of 26 U.S.C. § 5861 and felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). His attorney has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and a motion to withdraw as counsel of record. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no issue for appeal.

Accordingly, we **GRANT** the motion to withdraw as counsel of record for appellant and the district court's judgment is

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

